UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>            Plaintiff,<br><br>     v.<br><br>TARO PHARMACEUTICALS U.S.A., INC., et al.,<br><br>            Defendants. | Case No. 25-cv-07815-RFL<br><br>**ORDER RE: RESOURCES AVAILABLE FOR UNREPRESENTED LITIGANTS** |

     Plaintiff represents herself in this action. This Order is to advise Plaintiff of the free legal resources available to her as an unrepresented litigant and of the rules of court which apply to all litigants, including those proceeding pro se.

## RESOURCES AVAILABLE

- **District Court Website:** The District Court website (https://www.cand.uscourts.gov/pro-se-litigants/) has information on representing yourself, including basic information on filing, definitions of common legal terms, and templates for use in civil cases.

- **Pro Se Handbook:** The District Court has produced a guide for pro se litigants called *Representing Yourself in Federal Court*, which provides instructions on how to proceed at every stage of the case, including discovery, motions, and trial. It is available electronically online (https://cand.uscourts.gov/pro-se-handbook/) or you may pick a hard copy free of charge from the Clerk's Office.

- **Legal Help Center:** You may make an appointment to speak with an attorney who may be able to provide basic legal assistance, but not representation, by reaching out to the Legal Help Center. You may either call (415) 782-8982 or email fedpro@sfbar.org. This service is provided free of charge by the Bar Association of San Francisco.

## RULES OF THE COURT

Below are some of the basic rules of which you should be aware. This list is not exhaustive, and you should refer to the Pro Se Handbook for additional rules of court and further explanations of the below rules.

- **Federal Rules of Civil Procedure:** These rules, which are available for free online (https://www.uscourts.gov/rules-policies/current-rules-practice-procedure/federal-rules-civil-procedure), govern civil proceedings in all U.S. District Courts.

- **Civil Local Rules:** In addition to the Federal Rules of Civil Procedure, this District Court has its own set of Civil Local Rules that must be followed. They are available for free online at http://cand.uscourts.gov/localrules/civil.

- **Standing Orders:** Judge Lin has a set of standing orders which must be followed as well. They are available for free online at https://www.cand.uscourts.gov/judges/lin-rita-f-rfl/. The Civil Standing Order, which applies to this case, is available at https://cand.uscourts.gov/wp-content/uploads/judges/lin-rfl/2024-09-18-Civil-Standing-Order.pdf. If this case proceeds to trial, the Civil Trial Standing Order will also apply.

- **Electronic Filing:** Electronic filing ("e-filing") allows parties to file documents online instead of submitting hard copies to the Clerk's Office. Parties representing themselves are not required to use e-filing but may choose to do so. There are no registration costs and no fees for e-filing, but you must obtain court approval first. For more information and to request approval, visit https://www.cand.uscourts.gov/e-file/.

**IT IS SO ORDERED.**

Dated: September 30, 2025

_____
RITA F. LIN
United States District Judge