UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>TARO PHARMACEUTICALS U.S.A., INC., et al.,<br><br>        Defendants. | Case No. 25-cv-07815-RFL<br><br>**ORDER REGARDING REQUEST FOR ACCOMODATIONS**<br><br>Re: Dkt. No. 26 |

Self-represented Plaintiff requests that the Court provide her certain accommodations in light of her medical condition and self-represented status. (*See* Dkt. No. 26.) Having reviewed Plaintiff's request, the Court **ORDERS** as follows:

- The Court will consider Plaintiff's circumstances in setting hearings and deadlines and will generally plan to conduct proceedings via written submissions and orders unless a hearing is necessary. The parties shall also endeavor to conduct all communications through written correspondence to the extent reasonable.

- The request to proceed under pseudonym is the subject of a standalone motion, and the Court will resolve that request separately after briefing completes. (*See* Dkt. No. 20.)

- The request for assignment of *pro bono* counsel is **DENIED WITHOUT PREJUDICE** as premature. With the accommodations described above, and on the record before the Court at this time, it appears that Plaintiff is able to participate in the litigation and prosecute her claims. Plaintiff may renew her request as necessary at a later stage of the case.

- Dkt. No. 26 is **TERMINATED**.

    **IT IS SO ORDERED.**

Dated: October 3, 2025

RITA F. LIN
United States District Judge
