UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>TARO PHARMACEUTICALS U.S.A., INC., et al.,<br><br>        Defendants. | Case No. 25-cv-07815-RFL<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS**<br><br>Re: Dkt. No. 25 |

    Plaintiff's motion to extend her time to respond to the motion to dismiss is **GRANTED**. Plaintiff shall file her response by **December 9, 2025**. Defendant shall file its reply by **December 16, 2025**. The parties shall appear for a Zoom hearing on **January 13, 2026, at 1:30 p.m.**

    **IT IS SO ORDERED.**

Dated: October 7, 2025

RITA F. LIN
United States District Judge

1