UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>       v.<br><br>TARO PHARMACEUTICALS U.S.A., INC., et al.,<br><br>        Defendants. | Case No. 25-cv-07815-RFL<br><br>**ORDER REQUIRING EMAIL COURTESY COPIES** |

As a courtesy, whenever Defendants file a document, they shall email a copy of the as-filed document to Plaintiff.

**IT IS SO ORDERED.**

Dated: October 20, 2025

RITA F. LIN
United States District Judge

1