Jane Doe I
P.O. Box 1318 #6274
Sacramento, CA 95812
Email: janedoei@proton.me
Tel: 530.484.0707
Plaintiff, In Pro Se

FILED

OCT 20 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Jane Doe I, <br><br> Plaintiff, <br><br> v. <br><br> Taro Pharmaceuticals U.S.A., Inc.; <br> DOE 1 (Sun Pharmaceutical Industries, Inc.); <br> DOE 2 (Sun Pharmaceutical Industries, Ltd.); <br> and DOES 3–50, inclusive, <br><br> Defendants. | Case No. 3:25-cv-07815-RFL <br><br> Assigned to: Hon. Rita Lin |

**REPLY IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AGAINST**

**TARO PHARMACEUTICALS U.S.A., INC.**

Plaintiff Jane Doe I submits this reply in support of her Request for Entry of Default (Dkt. 36,

filed October 10, 2025) in response to Defendant Taro Pharmaceuticals U.S.A., Inc.'s Opposition (Dkt. 38, filed October 13, 2025). Taro's denial of service and assertion of "appearance" via a joinder are unsupported, warranting default under FRCP 55(a). "Pursuant to Rule 12(a)(1)(A), Taro's response was due within 21 days of service — no later than September 5, 2025. No response was filed by that date. Default was requested on October 10, 2025, before Taro appeared."

## ARGUMENT

Taro claims it has "no record" of service of the Second Amended Complaint (SAC) (Thompson Decl. ¶ 3) and argues its Notice of Joinder (Dkt. 37) constitutes an "appearance." These claims lack merit. Plaintiff served Taro personally on August 15, 2025, as evidenced by declaration of Olga Wilson and service proof from Contra Costa County, (Dkt. 23) declaration for this court, plus a photo of her while being photographed by the Registered Agent Koy Secheco at CSC - Lawyers Corporation Service (Exhibit A) as a part of their identity verification process. Taro's response was due September 5, 2025—now 39 days late. Taro's denial, without counter-proof, contradicts this evidence and suggests bad faith.

Taro's Joinder does not qualify as an appearance under FRCP 55(a). The Ninth Circuit holds that a notice of joinder, without a substantive answer or FRCP 12 motion, is insufficient to avoid default. Direct Mail Specialists v. Eclat Computerized Techs., 840 F.2d 685, 689 (9th Cir. 1988). Taro's filing, adopted from Sun's Motion to Dismiss (Dkts. 7-8) on September 19, 2025, does not address the SAC independently. This delay prejudices Plaintiff, who relied on Taro's non-response.

Taro's joinder misrepresents its involvement. The FDA Orange Book (Exhibit B) confirms Taro holds multiple ANDA's for Fluocinonide 0.05% including one sine 1987. Taro's assertion in Dkt. 37 that it "never held an FDA-approved application" is false, undermining their credibility. "The attached FDA Orange Book printout (Exhibit B) confirms Taro Pharmaceuticals U.S.A., Inc. is listed as the application holder for multiple Fluocinonide 0.05% ANDAs, including Application No. **071500**, approved since 1995. Plaintiff respectfully requests judicial notice of this publicly available regulatory record under **FRE 201(b)(2)**."

ALL Taro entities are all owned by parent company Sun Pharmaceutical Industries, Ltd. regardless of the multiple names used by this corporation. Judge Lin's recent grant of alternative service (Dkt. 39, October 14, 2025) further validates Plaintiff's diligence, contrasting with Taro's delay.

CONCLUSION

Given the clear evidence of valid service, absence of a timely pleading, and Taro's insufficient joinder, entry of default is required under Rule 55(a). The Court should disregard post-default filings as untimely and procedurally improper. Plaintiff requests the Court enter default against Taro for failing to timely respond despite valid service and inadequate "appearance." The evidence compels relief.

Respectfully submitted,

*Jane Doe I* (signature)

Jane Doe I
Pro Se Plaintiff
PO Box 1318
#6274
Sacramento, CA 95812

## DECLARATION OF JANE DOE I

I, Jane Doe I, declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true:

I witnessed Olga Wilson personally serve Taro Pharmaceuticals U.S.A., Inc. on August 15, 2025, at CSC- Lawyers Incorporating Service. The attached photo (Exhibit A) confirm this. Taro's 39-day delay harmed my case. The Orange Book (Exhibit B) ties them to Fluocinonide 0.05%.

Executed on October 16, 2025.


Jane Doe I

Date: _Jane Doe I_

EXHIBITS

Exhibit A: Photograph while serving CSC- for Taro.

Exhibit B: FDA Orange Book Printout

Exhibit C: FDA Printout showing Taro has multiple Fluocinonide products

# EXHIBIT A

## Taro Pharmaceuticals U.S.A. Inc.

Served at CSC- Lawyers Incorporating Service
Via Registered Agent Koy Saechao



CSC Verifying Identity



Sacramento - South Natomas
August 15 11:29 AM

Taro Service



# Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations

Home (index.cfm?resetfields=1) | Back to Search Results

## Product Details for ANDA 074799

**FLUOCINONIDE (FLUOCINONIDE)**
**0.05%**
**Marketing Status: Prescription**

Active Ingredient: FLUOCINONIDE
Proprietary Name: FLUOCINONIDE
Dosage Form; Route of Administration: SOLUTION; TOPICAL
Strength: 0.05%
Reference Listed Drug: No
Reference Standard: Yes
TE Code: AT
Application Number: A074799
Product Number: 001
Approval Date: Dec 31, 1996
Applicant Holder Full Name: TARO PHARMACEUTICALS INC
Marketing Status: Prescription
Patent and Exclusivity Information (patent_info.cfm?Product_No=001&Appl_No=074799&Appl_type=A)

---

# Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations

Home (index.cfm?resetfields=1) | Back to Search Results

## Product Details for ANDA 072857

**FLUOCINONIDE (FLUOCINONIDE)**
**0.05%**
**Marketing Status: Discontinued**

Active Ingredient: FLUOCINONIDE
Proprietary Name: FLUOCINONIDE
Dosage Form; Route of Administration: SOLUTION; TOPICAL
Strength: 0.05%
Reference Listed Drug: No
Reference Standard: No
TE Code:
Application Number: A072857
Product Number: 001
Approval Date: Aug 2, 1989
Applicant Holder Full Name: TARO PHARMACEUTICALS INC
Marketing Status: Discontinued
Patent and Exclusivity Information (patent_info.cfm?Product_No=001&Appl_No=072857&Appl_type=A)

---

# Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations

Home (index.cfm?resetfields=1) | Back to Search Results

## Product Details for ANDA 072494

**FLUOCINONIDE EMULSIFIED BASE (FLUOCINONIDE)**
**0.05%**
**Marketing Status: Prescription**

Active Ingredient: FLUOCINONIDE
Proprietary Name: FLUOCINONIDE EMULSIFIED BASE
Dosage Form; Route of Administration: CREAM; TOPICAL
Strength: 0.05%
Reference Listed Drug: No
Reference Standard: Yes
TE Code: AB2
Application Number: A072494
Product Number: 001
Approval Date: Jan 19, 1989
Applicant Holder Full Name: TARO PHARMACEUTICAL INDUSTRIES LTD
Marketing Status: Prescription
Patent and Exclusivity Information (patent_info.cfm?Product_No=001&Appl_No=072494&Appl_type=A)

---

# Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations

Home (index.cfm?resetfields=1) | Back to Search Results

## Product Details for ANDA 075008

**FLUOCINONIDE (FLUOCINONIDE)**
**0.05%**
**Marketing Status: Prescription**

Active Ingredient: FLUOCINONIDE
Proprietary Name: FLUOCINONIDE
Dosage Form; Route of Administration: OINTMENT; TOPICAL
Strength: 0.05%
Reference Listed Drug: No
Reference Standard: Yes
TE Code: AB
Application Number: A075008
Product Number: 001
Approval Date: Jun 30, 1999
Applicant Holder Full Name: TARO PHARMACEUTICALS INC
Marketing Status: Prescription
Patent and Exclusivity Information (patent_info.cfm?Product_No=001&Appl_No=075008&Appl_type=A)