UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TARO PHARMACEUTICALS U.S.A., INC., et al.,<br><br>　　　　Defendants. | Case No.  25-cv-07815-RFL<br><br>**ORDER TO SHOW CAUSE** |

　　　In her Motion to Strike (Dkt. No. 49), Doe cited the cases *Girafa.com, Inc. v. Alexa Internet, Inc.*, No. C 08-02745, 2009 WL 361464, at *1 (N.D. Cal. Feb. 11, 2009), and *Delacruz v. State Bar of Cal.*, 2021 WL 326974, at *2 (N.D. Cal. Feb. 1, 2021).  The Court was unable to locate these cases.  While Doe is a pro se litigant and may be unfamiliar with court rules, she is reminded that every party must conduct "an inquiry reasonable under the circumstances" before submitting a motion.  Fed. R. Civ. P. 11(b).  Use of generative artificial intelligence tools is permitted, but an individual must personally confirm for themselves the accuracy of any research regardless of the source.  An occasional typographical error is different from citing nonexistent cases.  Therefore, Doe is **ORDERED** to explain how these cases came to be cited in her brief, by **December 12, 2025**.  Doe will not be subject to sanctions for these citations.

　　　**IT IS SO ORDERED.**

Dated: November 25, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 RITA F. LIN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 United States District Judge